**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JEANNETTE FRETT**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOWARD UNIVERSITY**<br><br>**Defendant.** | ) | **Civil Case No. 13-00551 (RJL)** |

**DEFENDANT HOWARD UNIVERSITY'S MOTION FOR**
**PROTECTIVE ORDER TO STAY DISCOVERY**

COME NOW, pursuant to LCvR 16 and Fed. R. Civ. P. 26(c) and 16, Defendant Howard University, by and through counsel, and respectfully moves this Court to enter a protective order prohibiting Plaintiff Jeanette Frett ("Frett" or "Plaintiff") from propounding discovery requests prior to the entry of a scheduling order by this Court and providing guidelines for the claw back of privileged materials inadvertently disclosed during the course of discovery.

On February 24, 2014, Plaintiff propounded, via email, untimely discovery requests on Defendant Howard University, and former defendants Dr. Sidney Ribeau, the Honorable Douglas L. Wilder, the Howard University Board of Trustees, and James Jones (collectively, the "former defendants"). In response, Howard University and the Former Defendants attempted to confer with Plaintiff, in good faith, regarding the impropriety of Plaintiff's discovery requests in light of the following: the unresolved objections in the parties' Joint 26(f) Report regarding the commencement of discovery, the absence of a scheduling order governing the parties' discovery, and Howard University's and the former defendants' respective pending motions to dismiss. Plaintiff refused, and continues to refuse to suspend her discovery requests until the entry of the

Court's scheduling order and the resolution of the parties' objections in the Joint 26(f) Report. Further, Plaintiff objected to Defendant's request to enter an agreement governing the parties' conduct with respect to inadvertent disclosures of privileged information. Plaintiff explicitly stated that she had no interest in stipulating to an additional process involving a claw-back order.

As such Howard University respectfully requests that this Court enter a protective order: (1) staying discovery until the entry of this Court's scheduling order and (2) providing specific claw back provisions for the return of inadvertently disclosed privileged information.

This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Defendant Howard University's Motion for Protective Order to Stay Discovery.

Date: April 14, 2014

Respectfully submitted,

/s/ Johnine P. Barnes

Johnine P. Barnes (DC Bar No. 464810)
GREENBERG TRAURIG, LLP
2101 L Street N.W., Suite 1000
Washington, D.C. 20037
Phone: (202) 331-3100
Fax: (202) 331-3101
E-mail: barnesj@gtlaw.com

*Counsel for Defendant Howard University*

## CERTIFICATE OF SERVICE

I, **HEREBY CERTIFY**, that on April 14, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and that service will thereby be accomplished on:

Sharon Y. Eubanks
Catharine E. Edwards
Edwards & Eubanks, LLC
2000 P Street, N.W., Suite 300
Washington, D.C. 20036

*Counsel for Plaintiff Jeannette Frett*

/s/ Johnine P. Barnes
Johnine P. Barnes (DC Bar No. 464810)
GREENBERG TRAURIG, LLP
2101 L Street N.W., Suite 1000
Washington, D.C. 20037
Phone: (202) 331-3100
Fax: (202) 331-3101
E-mail: barnesj@gtlaw.com

*Counsel for Defendant Howard University*